Application denied. On the facts as found by the Court of Appeal the result is correct.

■

226 So.2d 522

**Delorise HOLDEN et al.**

**v.**

**TRANSAMERICA INSURANCE COM-
PANY et al.**

**No. 49941.**

Oct. 1, 1969.

In re: Delorise Holden, wife of/and A. C. Holden, et al. applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 222 So.2d 302.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.